# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shaffer, Craig B. | District of Colorado | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Faculty Member | University of Denver, Sturm College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | University of Denver, Sturm College of Law - compensation as Adjunct Faculty Member | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | self-employed diversity consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA National Institute on White Collar Crime | 3/06/2013 | Las Vegas, Nevada | panelist addressing e-discovery issues | transportation, hotel room |
| 2. | Arizona State University, Sandra Day O'Connor Law School | 3/15/2013 | Tempe, Arizona | panelist addressing e-discovery issues | transportation |
| 3. | Sedona Conference Institute | 3/20/2013-3/22/2013 | San Diego, California | panelist addressing e-discovery issues | transportation, hotel room |
| 4. | ALI-CLE Environmental Litigation Program | 6/12/2013-6/14/2013 | Washington, D.C. | panelist addressing environmental litigation | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Shaffer, Craig B.** | 05/15/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Legal Hold - Conference on Preservation Excellence | 9/18/2013-9/19/2013 | Portland, Oregon | panelist addressing e-discovery issues | transportation, hotel room |
| 6. | Huron Institute -E-Discovery Advocacy Institute | 9/30/2013-10/01/2013 | New York, New York | panelist addressing e-discovery issues | transportation, hotel room |
| 7. | Sedona Conference | 11/06/2013-11/08/2013 | Phoneix, Arizona | panelist addressing e-discovery issues | transportation, hotel room |
| 8. | Georgetown University Law Center -Advanced eDiscovery Institute | 11/20/2013-11/22/2013 | Tysons Corner, Virginia | panelist addressing e-discovery issues | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 3. Dreyfus Inter Muni Bond Fund | A | Interest | | | Sold | 11/25/13 | J | A | |
| 4. Dreyfus Inter Term Income Fund | A | Interest | | | Sold | 11/25/13 | J | A | |
| 5. Pimco Real Return Fund | A | Interest | | | Sold | 11/25/13 | K | B | |
| 6. BMO Intermediate Tax Free CL Y | A | Interest | J | T | Buy | 11/25/13 | J | | |
| 7. Guggenheim ETF | A | Interest | K | T | Buy | 11/25/13 | K | | |
| 8. SPDR S&P 500 ETF | A | Interest | K | T | Buy | 11/25/13 | K | | |
| 9. Trust No. 2 | A | Dividend | K | T | | | | | |
| 10. - Maryland College Investment Plan - T. Rowe Price | | | | | Sold | 08/16/13 | K | D | |
| 11. - Schwab Money Market Fund | | | | | | | | | |
| 12. - College Invest - Aggressive Age-Based Option | | | | | Sold | 08/12/13 | K | D | |
| 13. - James Balanced Golden Rainbow Fund | | | | | Sold | 07/05/13 | K | D | |
| 14. Schwab - SEP/IRA | B | Dividend | | | Closed | 12/02/13 | J | | |
| 15. - Schwab Money Market Fund | | | | | | | | | |
| 16. -The Charles Schwab Corp. common stock | | | | | | | | | |
| 17. - Royce Low Priced Stock Fund | | | | | Sold | 06/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Total Return Fund | | | | | | | | | |
| 19. IRA - II | E | Dividend | O | T | | | | | |
| 20. - Schwab Money Market Fund | | | | | | | | | |
| 21. - Schwab 1000 Fund - Select | | | | | | | | | |
| 22. - T. Rowe Price Personal Strategy Growth Fund | | | | | | | | | |
| 23. - American Century Equity Fund | | | | | Sold | 11/25/13 | M | | |
| 24. - Schwab Target 2025 Fund | | | | | Buy | 07/29/13 | M | | |
| 25. - Schwab Target 2025 Fund | | | | | Sold | 11/25/13 | M | E | |
| 26. - Pimco Total Return Fund | | | | | | | | | |
| 27. - Loomis Sayles Bond Fund | | | | | Sold | 11/25/13 | L | | |
| 28. - The Charles Schwab Corp. common stock **X** | | | | | | | | | |
| 29. - Doubleline Total Return | | | | | Buy | 11/25/13 | M | | |
| 30. - Dodge & Cox International Stock Fund | | | | | Buy | 1/25/13 | K | | |
| 31. - Harding Loevner Emerging Markets | | | | | Buy | 11/25/13 | K | | |
| 32. - Parnassus Equity Income Fund | | | | | Buy | 11/25/13 | K | | |
| 33. - Vanguard Equity Income Fund -Admiral Shares | | | | | Buy | 11/25/13 | L | | |
| 34. - Vanguard Small Cap | | | | | Buy | 11/25/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA - III | A | Dividend | M | T | | | | | |
| 36. - Schwab Money Market Fund | | | | | | | | | |
| 37. - Pimco Total Return Fund | | | | | Sold | 11/25/13 | L | | |
| 38. - Metropolitan West Total | | | | | Buy | 11/25/13 | L | | |
| 39. - TIAA Cref High Yield | | | | | Spinoff (from line 43) | 11/25/13 | J | | |
| 40. - Hodges Small Cap | | | | | Buy | 11/25/13 | K | | |
| 41. - Wasatch International Growth Fund | | | | | Buy | 11/25/13 | K | | |
| 42. - SPDR S&P Regional Banking | | | | | Buy | 11/25/13 | J | | |
| 43. IRA - IV | A | Dividend | | | Closed | 11/13/13 | J | | |
| 44. Trust No. 3  X | E | Int./Div. | O | T | | | | | |
| 45. - Schwab Money Market Fund  X | | | | | | | | | |
| 46. - Altria Group, Inc. stock | | | | | Buy | 11/26/13 | J | | |
| 47. - ConocoPhillips stock | | | | | Buy | 11/26/13 | J | | |
| 48. - Dow Chemical Co. stock | | | | | Buy | 11/26/13 | J | | |
| 49. - Johnson & Johnson stock | | | | | Buy | 11/26/13 | J | | |
| 50. - Blackrock High Yield Bond Fund  X | | | | | | | | | |
| 51. - JPMorgan High Yield Bond Fund  X | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Pimco Incm Inst Cl Bond Fund | | | | | Buy | 11/25/13 | L | | |
| 53. - TCW Total Return Bond Fund | | | | | Buy | 12/23/13 | L | | |
| 54. - Arbitrage Fund Class I  X | | | | | | | | | |
| 55. - Artisan International Value Fund  X | | | | | | | | | |
| 56. - Aston Fairpointe Mid Cap  X | | | | | | | | | |
| 57. - FMI Large Cap Fund  X | | | | | | | | | |
| 58. - Gateway Fund Cl Y  X | | | | | | | | | |
| 59. - Hartford Captial Appr  X | | | | | | | | | |
| 60. - JPMorgan Growth Advantage  X | | | | | | | | | |
| 61. - JPMorgan Large Cap Growth  X | | | | | | | | | |
| 62. - JPMorgan US Equity Select  X | | | | | | | | | |
| 63. - T Rowe Price New Asia Fund  X | | | | | | | | | |
| 64. - Victory Diversified Stock  X | | | | | | | | | |
| 65. - Guggenheim Exch Trade Fund | | | | | Buy | 12/23/13 | K | | |
| 66. - IShares MSCI All Country  X | | | | | | | | | |
| 67. - IShares Russell ETC  X | | | | | | | | | |
| 68. - IShares TR MSCI EAFE  X | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shaffer, Craig B. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. - PowerShares Exch Trade Fund TR | | | | | Buy | 11/25/13 | K | | |
| 70. - Vanguard FTSE Europe X | | | | | | | | | |
| 71. - SPDR Gold Trust X | | | | | Sold | 11/25/13 | J | | |
| 72. - Pimco Unconstrained Bond Fund X | | | | | Sold | 12/23/13 | K | | |
| 73. - JPMorgan International Currency X | | | | | Sold | 12/23/13 | J | | |
| 74. - JPMorgan Strategic Income X | | | | | Sold | 12/23/13 | J | | |
| 75. - Pimco Commodities Plus X | | | | | Sold | 12/23/13 | K | | |
| 76. - Doublelline Total Return X | | | | | Sold | 12/23/13 | J | | |
| 77. - Invesco Balanced Risk X | | | | | Sold | 12/23/13 | K | | |
| 78. - Dreyfus Emerging Markets X | | | | | Sold | 12/23/13 | J | | |
| 79. - JPMorgan Realty Incm Inst Cl X | | | | | Sold | 11/25/13 | J | | |
| 80. - JPMorgan Market Expansion Exhanced Index Select X | | | | | Sold | 11/25/13 | J | | |
| 81. -JPMorgan Internal Value Select X | | | | | Sold | 11/25/13 | K | | |
| 82. -JPMorgan Intermediate Tax Free Bond X | | | | | Sold | 11/25/13 | K | | |
| 83. - IShares MSCI Emerging Market ETF X | | | | | Sold | 11/25/13 | K | | |
| 84. - IShares Tr MSCI EAFE ETF X | | | | | Sold | 11/25/13 | K | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 14:  On December 2, 2013, this IRA and the assets therein were transferred to the IRA listed at line 19

Part VIII, Line 43:  On November 13, 2013, this IRA and the assets there were transferred to the IRA listed at line 35.

Part VIII, Line 39: TIAA-CREF High Yield was converted to Vanguard Target Retirement 2025 Fund in 2013 and the latter fund was transferred to the IRA listed at line 35.  The reference on line 39 should reflect the Vanguard fund rather than the TIAA-CREF fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544